TONY M. MAY, ESQ.
Nevada Bar No. 8563
AGIIMAA TSOGT, ESQ.
Nevada Bar No. 14632
**MAY BROCK LAW GROUP**
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@maybrocklaw.com
Email: agiimaa@maybrocklaw.com

*Attorneys for Plaintiff/Counter-defendant*
*RADIO ACTIVO BROADCASTING LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RADIO ACTIVO BROADCASTING LLC, a Nevada limited liability company;<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN TOWERS, LLC, a Delaware limited liability company; INSITE TOWERS, LLC, a Delaware limited liability company; DOES I through X; ROE COMPANIES XI through XX,<br><br>  Defendants.<br><br>INSITE TOWERS, LLC, a Delaware limited liability company,<br><br>  Counterclaimant,<br><br>vs.<br><br>RADIO ACTIVO BROADCASTING LLC, a Nevada limited liability company,<br><br>  Counter-defendant. | CASE NO.  2:25-CV-01505-JAD-BNW<br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO POST BOND ON PRELIMINARY INJUNCTION** |

It is stipulated by and between Plaintiff/Counter-defendant RADIO ACTIVO BROADCASTING, LLC (hereinafter "Plaintiff"), by and through its counsel of record of the MAY BROCK LAW GROUP; and Defendant AMERICAN TOWERS , LLC (hereinafter "Defendant American Towers") and Defendant/Counterclaimant INSITE TOWERS, LLC

1  (hereinafter "Defendant InSite") (Defendant American Towers and Defendant Insite
2  hereinafter collectively referred to as "Defendants"), by and through their counsel of
3  record of BROWNSTEIN HYATT FARBER SCHRECK, LLP (Plaintiff and Defendants
4  hereinafter collectively referred to as the "parties") that the deadline for Plaintiff to post a
5  bond of $78,118.73 to the court, as ordered by this Court's Order Setting Bond on
6  Preliminary Injunction (Document 18), currently set for September 26, 2025 at noon, be
7  EXTENDED to noon on October 3, 2025. This is the first extension of time granted to
8  Plaintiff in this matter. This Stipulation is necessary to facilitate the payment of funds and
9  signatures of required court documents by Plaintiff who is currently out of the country.
10       This Stipulation will not affect the court's schedule for this case.

11  DATED September 26, 2025.

**MAY BROCK LAW GROUP**

*/s/ Tony May*
TONY M. MAY, ESQ.
Nevada Bar No. 8563
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@maybrocklaw.com
Email: agiimaa@maybrocklaw.com

*Attorneys for Plaintiff*

DATED September 26, 2025.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Frank M. Flansburg*
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-8135
Facsimile: (702) 382-8135
Email: fflansburg@bhfs.com
Email: btanenbaum@bhfs.cm

*Attorneys for Defendants*

**ORDER**

**It is so ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
DATED: 9/26/2025

Respectfully submitted by:

**MAY BROCK LAW GROUP**

*/s/ Tony May*
TONY M. MAY, ESQ.
Nevada Bar No. 8563

*Attorney for Plaintiff*