TONY M. MAY, ESQ.
Nevada Bar No. 8563
AGIIMAA TSOGT, ESQ.
Nevada Bar No. 14632
**MAY BROCK LAW GROUP**
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@maybrocklaw.com
Email: agiimaa@maybrocklaw.com

*Attorneys for Plaintiff/Counter-defendant*
*RADIO ACTIVO BROADCASTING LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RADIO ACTIVO BROADCASTING LLC, a Nevada limited liability company; | CASE NO.   2:25-CV-01505-JAD-BNW |
| Plaintiff, | |
| vs. | |
| AMERICAN TOWERS, LLC, a Delaware limited liability company; INSITE TOWERS, LLC, a Delaware limited liability company; DOES I through X; ROE COMPANIES XI through XX, | |
| Defendants. | **SECOND STIPULATION AND ORDER TO CONTINUE STAY OF LITIGATION PENDING SETTLEMENT** |
| INSITE TOWERS, LLC, a Delaware limited liability company, | |
| Counterclaimant, | |
| vs. | ECF No. 27 |
| RADIO ACTIVO BROADCASTING LLC, a Nevada limited liability company, | |
| Counter-defendant. | |

///

///

---

*Second Stipulation and Order to Continue Stay Litigation Pending Settlement*

## SECOND STIPULATION AND ORDER TO STAY LITIGATION PENDING SETTLEMENT

It is stipulated by and between Plaintiff/Counter-defendant RADIO ACTIVO BROADCASTING, LLC (hereinafter "Plaintiff"), by and through its counsel of record of the MAY BROCK LAW GROUP; and Defendant AMERICAN TOWERS , LLC (hereinafter "Defendant American Towers") and Defendant/Counterclaimant INSITE TOWERS, LLC (hereinafter "Defendant InSite") (Defendant American Towers and Defendant Insite hereinafter collectively referred to as "Defendants"), by and through their counsel of record of BROWNSTEIN HYATT FARBER SCHRECK, LLP (Plaintiff and Defendants hereinafter collectively referred to as the "parties") submits as follows:

1. On August 14, 2025, Defendant American Towers removed this action from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark [ECF No. 1].

2. On August 21, 2025, Plaintiff filed its Amended Complaint [ECF No. 4] and an Emergency Motion for Preliminary Injunction [ECF No. 5].

3. On September 2, 2025, following briefing and a hearing, the Court entered an order restraining Defendants from "decommissioning, dismantling, or removing the tower identified in the parties Broadband Antenna System Licensing Agreement pending trial." [ECF No. 10].

4. On September 4, 2025, Defendants filed their Answer to the Amended Complaint and Counterclaim [ECF No. 12].

5. On September 19, 2025, the Court entered an order requiring Plaintiff to "post a bond of $78,118.73 to secure the preliminary injunction." [ECF No. 18].

6. On September 25, 2025, Plaintiff filed its Answer to Defendant InSite's Counterclaim [ECF No. 19].

7. On October 3, 2025, Plaintiff posted the injunction bond [ECF No. 23].

8. On October 3, 2025, the Court issued the Joint Discovery Plan and Scheduling Order [ECF No. 24].

MAY BROCK LAW GROUP
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699

9. The parties engaged in good faith settlement discussions and have reached agreement in principle on material terms.

10. On October 15, 2025 the Court issued a Stipulation and Order to Stay Litigation Pending Settlement [ECF No. 26].

11. To facilitate finalization of settlement documentation and avoid unnecessary expenditure of judicial and party resources, the parties respectfully request that the Court continue the stay for an additional one hundred fifty (150) days from the date of this stipulation.

12. The parties request an extended period of time because the parties' resolution requires approval from a government agency. If additional time is necessary, the parties will seek Court approval.

13. During the stay, all deadlines and proceedings, including discovery and motion practice, shall be suspended.

14. During the stay, the injunction entered on September 2, 2025 shall remain in effect and the bond Plaintiff posted on October 3, 2025 shall not be returned.

15. The parties shall, at the Court's discretion or upon the Court's request, file a joint status report advising the Court of the progress of settlement's status.

16. Upon successful execution of the settlement, the parties will file a Stipulation and Order to Dismiss this matter with Prejudice.

///

///

///

MAY BROCK LAW GROUP
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699

**IT IS SO STIPULATED.**

DATED March 16, 2026.

DATED March 16, 2026.

**MAY BROCK LAW GROUP**

**BROWNSTEIN    HYATT    FARBER SCHRECK, LLP**

*/s/ Tony May*

*/s/ Frank M. Flansburg III*

TONY M. MAY, ESQ.
Nevada Bar No. 8563
2470 Saint Rose Parkway, Suite 208
Henderson, Nevada 89074
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@maybrocklaw.com
Email: agiimaa@maybrocklaw.com

FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-8135
Facsimile: (702) 382-8135
Email: fflansburg@bhfs.com
Email: btanenbaum@bhfs.cm

*Attorneys for Plaintiff*

*Attorneys for Defendants*

## ORDER

**It is so ORDERED.  This case is stayed through July 11, 2026.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: 03/17/2026

Respectfully submitted by:

**MAY BROCK LAW GROUP**

*/s/ Tony May*
TONY M. MAY, ESQ.
Nevada Bar No. 8563

*Attorney for Plaintiff*